UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIANE RENEE ERDMANN,<br><br>                Petitioner,<br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>                Respondent. | Case No. 2:25-cv-00034-JNW-TLF<br><br>ORDER FOR SERVICE AND RETURN, 28 U.S.C § 2241 PETITION |

Petitioner Diane Renee Erdmann is currently detained at the Pioneer Fellowship House. Dkt. 4. She has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. *Id.* The Court is issuing a separate order provisionally appointing the Federal Public Defenders office to represent petitioner in this matter. The Court, having reviewed petitioner's federal habeas petition, hereby finds and ORDERS as follows:

(1)    The Clerk is directed to issue the Notice of Option of Consent to Magistrate Judge Theresa L. Fricke.

(2)    The Clerk shall arrange for service upon the respondent, upon the United States Attorney General in Washington, D.C., and upon the civil process clerk at the Office of the United States Attorney for the Western District of Washington, of copies of the petition and of this Order, by registered or certified mail, return receipt requested.

(3)    Within forty-five (45) days after such service, respondent shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28

U.S.C. § 2243. As a part of such return, respondent shall submit a memorandum of authorities in support of their position and should state whether an evidentiary hearing is necessary. Respondent shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(4) The answer will be treated in accordance with Local Rule LCR 7. Accordingly, on the face of the answer, respondent(s) shall note it for consideration no earlier than 28 days after filing. Petitioner may file and serve a response not later than 21 days after the filing date of the answer, and respondent(s) may file and serve a reply not later than 28 days after the filing date of the answer.

(5) The Clerk is directed to send copies of this Order and the Notice of Consent to counsel for respondent, the Federal Public Defender's Office, petitioner, and the Honorable Jamal N. Whitehead.

Dated this 10th day of March, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge